IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| RODNEY SMITH, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:09-cv-1051 |
| M & T BANK, INC., *et al.*, | ) | (WO) |
| Defendants. | ) | |

## **O R D E R**

It is hereby ORDERED that the Rule 26(f) Order issued by this court on January 14, 2010 (Doc. #17) is VACATED.

DONE this the 15th day of January, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE